O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV10-00076-AHM (DTBx) | Date | March 29, 2010 |
| Title | VICTOR ANDINO, et al. v. NATION POINT, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | Cathy L. Granger |

**Proceedings:**   First MOTION to Dismiss Case /the First Amended Complaint filed by defendants Nation Point, Duetche Bank [5] (non-evidentiary)

Cause called; appearances made. No appearance by either plaintiff.

Court circulates tentative order without oral argument. For reasons stated on the record, the Court grants the motion to dismiss. Order to issue.

|  | : | 01 |
|---|---|---|
| Initials of Preparer | | SMO |